ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Containers Unlimited, LLC | ) ASBCA No. 62599 |
| | ) |
| Under Contract No. H92414-18-P-5041 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Steven C. Hasty
   President

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
   Air Force Deputy Chief Trial Attorney
   Josephine R. Farinelli, Esq.
   Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 27, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62599, Appeal of Containers Unlimited, LLC, rendered in conformance with the Board's Charter.

Dated: May 28, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals